# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| **LEONEL RODRIGUEZ MEDINA #A022-793-823** | **CASE NO.  6:26-CV-01348 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **U S IMMIGRATION & CUSTOMS ENFORCEMENT** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. No. 7], noting no written and filed objections thereto, and after a *de novo* review of the record and concurring with the Report and Recommendation,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that the Petition for Writ of Habeas Corpus [Doc. No. 1] filed by Petitioner, Leonel Rodriguez Medina ("Petitioner"), is **DISMISSED WITHOUT PREJUDICE** due to Petitioner's failure to prosecute his case.

MONROE, LOUISIANA, this 21st day of July 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE

1